**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**RAYMOND MERCIER, III,**

      **Plaintiff,**

-vs-                                          **Case No.  6:03-cv-1537-Orl-28JGG**

**VERYSMARTNETWORKS, INC., JOHN J. MURPHY, JR., WILLIAM C. ROLL, JACK DEVALL,**

      **Defendants.**

_____

# ORDER

This case is before the Court on Joint Motion for Approval of Settlement and Stipulation for Dismissal (Doc. No. 110) filed December 16, 2010.  The United States Magistrate Judge has submitted a report recommending that the motion be granted.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation.  Therefore, it is **ORDERED** as follows:

1.    That the Report and Recommendation filed February 7, 2011 (Doc. No. 111) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2.    The Joint Motion for Approval of Settlement and Stipulation for Dismissal (Doc. No. 110) is **GRANTED** only to the extent that the Court finds the parties' settlement is a fair and reasonable resolution of the Fair Labor Standard Act disputes.

3.    This case is dismissed with prejudice.

4. The Clerk of the Court is directed to close this case.

**DONE** and **ORDERED** in Chambers, Orlando, Florida this __9th__ day of March, 2011.

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party

JOHN ANTOON II
United States District Judge